IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ROMERO OCHOA, | : |
| Plaintiff, | : |
| v. | : 1:08-CV-120 (WLS) |
| JAMES DONALD, *et al.*, | : |
| Defendants. | : |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed August 26, 2008. (Doc. 13).  It is recommended that Plaintiff's motions seeking injunctive relief (Docs. 3, 11) be denied as premature. *Id*.  No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 13) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein.  Accordingly, Plaintiff's Motion to Grant Injunction to Stop Forced Medication and Appointment in [*sic*] Counsel for Class Action (Doc. 3) and Motion for Preliminary Injunction Against Defendants in an Emergency (Doc. 11) are hereby **DENIED.**

**SO ORDERED**, this   30th   day of October, 2008.

         /s/W. Louis Sands         
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**