FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2009 MAR 30  AM 11 20

WKS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

ROMERO OCHOA,

    Plaintiff,

v.

Warden THOMAS AMMONS, et al.,

    Defendants.

1:08-CV-120 (WLS)

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. #18), filed December 4, 2008. It is recommended that certain of Plaintiff's claims be dismissed. Plaintiff was ordered to file his response, if any, to the motion to dismiss. (Doc. #30). Neither a response nor an objection to the recommendation has been filed.

Upon full consideration of the record, the Court finds that said Recommendation should be, and hereby is, ACCEPTED, ADOPTED, and made the order of the Court for reasons of the findings made and reasons stated therein. Accordingly, the following claims are DISMISSED: (1) grievance claims, (2) theft of Plaintiff's property by other prisoners, (3) rushed chow claim, (4) failure to separate mentally ill from non-mentally ill inmates, (5) prison condition claim against Sergeant Mia Palmer, (6) prison condition claim against Georgia Department of Corrections Commissioner James Donald, (7) prison condition claim against Deputy Warden Chris Railey, and (8) all other claims and defendants except the claims of forced medication and of sharing razors against defendants Tindell, Rigsby, Lee, Allen, and Ammons.

**SO ORDERED**, this 27th day of March, 2009.

W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT